IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE R. PEDRAZA INDIVIDUALLY AND D/B/A JRP INTERNATIONAL, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 7:17-CV-365 |
| v. | § § | |
| HAMILTON SPECIALTY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, JILL ASHWORTH AND JASON HODGE, | § § § § § § | |
| Defendants. | § | |

**DEFENDANT ENGLE MARTIN & ASSOCIATES, LLC'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Engle Martin & Associates, LLC hereby discloses the following:

Engle Martin & Associates, Inc. (sued as "Engle Martin & Associates") has changed its name and corporate structure to Engle Martin & Associates, LLC ("EMA"). The new entity is a single-member Georgia limited liability company, the sole member of which is "Cor Partners, Inc.", a Missouri corporation. EMA's principal place of business continues to be located at 5565 Glenridge Connector, Suite 900, Atlanta, Georgia, 30342. No publicly-held corporation owns 10% or more of EMA's stock.

4842-9888-8279v.1

By: */s/ Stephen R. Wedemeyer*
   Stephen R. Wedemeyer
   State Bar No. 00794832
   **WINSTEAD PC**
   600 Travis, Suite 5200
   Houston, Texas 77002-2900
   Telephone:  (713) 650-8400
   Facsimile:   (713) 650-2400
   Email:   swedemeyer@winstead.com

   **ATTORNEYS FOR DEFENDANT ENGLE MARTIN & ASSOCIATES, LLC**

**OF COUNSEL:**

**Amparo Yanez Guerra**
Texas Bar No. 24037751
ayguerra@winstead.com
600 Travis Street, Suite 5200
Houston, Texas 77002
Tel:  (713) 650-8400
Fax:  (713) 650-2400

4842-9888-8279v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that in compliance with Rule 5 of the Federal Rules of Civil Procedure, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on December 6, 2017. Notice of this filing will be sent to opposing counsel, by operation for the Court's electronic filing system and via e-mail:

Thomas M. Furlow                                                                         *Via Electronic Service*
FURLOW LAW FIRM, PLLC
1032 Central Parkway South
San Antonio, Texas 78232
Tel: (210) 910-4501
Fax: (210) 910-4513
Email: tfurlow@furlowlawfirm.com

                                                  By:    */s/ Stephen R. Wedemeyer*
                                                              Stephen R. Wedemeyer